# Exhibit A

# Margery S. Bronster, Esq.: Founding Partner
# Bronster Fujichaku Robbins

Ms. Bronster was the Attorney General for the State of Hawai'i from 1995-1999. During her term, she won widespread critical and public acclaim for successfully leading a years-long investigation into abuses by the trustees of the Kamehameha Schools/Bishop Estate charitable trust, the largest private trust in the country. That effort led to the forced resignation of four of the five trustees and a complete overhaul of the Trust's administration and the manner in which the trustees were selected. She also won a multi-billion dollar Master Settlement Agreement from tobacco companies on behalf of the State of Hawai'i. Ms. Bronster graduated from Brown University and the Columbia University Law School, where she was a Harlan Fiske Stone Scholar.

Following her career as Attorney General, she became a founding partner of Bronster Hoshibata, which is now known as Bronster Fujichaku Robbins, and she has continued her work in a broad variety of litigation and counseling matters including complex commercial litigation, government law, trust and estate litigation, investor losses and antitrust litigation. Ms. Bronster's accomplishments in these areas have been recognized by international, national, and local organizations, and she recently served as an expert witness on Hawai'i law before the Supreme Court of Singapore.

Ms. Bronster has also been recognized by *Best Lawyers in America* as **2018 "Lawyer of the Year"** in Honolulu, in the practice area of Insurance Litigation.

**Practice Areas**

- Antitrust Law
- Business Disputes and Litigation
- Complex Commercial Litigation
- Consumer Rights Litigation
- Government Law
- Surety Litigation
- Trust and Estate Litigation

**Education**

- Columbia University, J.D., 1982, Harlan Fisk Stone Scholar
- Brown University, A.B., 1979, Chinese Language, Literature, History Major

**Bar Admissions**

- New York (1983), Hawaii (1988), Untied States Tax Court, United States District Court, Southern and Eastern District of New York, Eleventh Circuit Court of Appeals, Ninth Circuit Court of Appeals

**Professional Experience**

- 12/99 - Present            BRONSTER FUJICHAKU & ROBBINS
                                       Partner - Litigation.

Focusing on complex commercial litigation, government and employment law, trust and real estate litigation, investor losses and antitrust litigation.  Counseling: advising clients on fiduciary duties, and charitable organizations; business disputes; and strategic management of complex litigation issues.

- 1/95 - 5/99                DEPARTMENT OF THE ATTORNEY GENERAL
                                       Attorney General for the State of Hawaii

Chief law enforcement officer and legal advisor to the Governor, the legislature, the judiciary, all state agencies and the people of the State of Hawaii.  Directed operations of the department of the attorney general, managing over 500 personnel handling approximately 55,000 legal matters annually.  Represented state law enforcement in local and national organizations -- National Association of Attorneys General; chair-Governor's Committee on Crime, and Hawaii Law Enforcement Coalition; member, National Criminal Justice Association; member, National Governor's Association; chair-Stop Violence Against Women Planning Committee; and member, Western States Information Network.  As Attorney General obtained multi-billion dollar settlement against tobacco companies and effected partial multimillion dollar settlement against oil companies in antitrust action.

- 10/88 - 12/94              CARLSMITH BALL WICHMAN MURRAY CASE & ICHIKI
                                       Partner (since 6/90) - Litigation.

Experience included extensive discovery, motions practice, and trial and appellate advocacy.  Varied commercial litigation cases include contract, banking, antitrust, taxation, trusts and estates partnership, leasing, real property, fraud, securities, product liability, wrongful termination and bankruptcy litigation cases.

- 10/82 - 10/87              SHEARMAN & STERLING, New York, New York
                                       Associate - Litigation.

Experience included complex litigation, antitrust, securities, general commercial litigation, arbitrations, alternate dispute resolution, and appellate advocacy.  Corporate experience included drafting and negotiation of international joint venture involving the PRC.

**Representative Consumer Protection Cases**

*In re Facebook Internet Tracking Litig.*, MDL No. 2314 (N.D. Cal.)

*In re Blue Cross Blue Shield Antitrust Litig.*, MDL No. 2406 (N.D. Ala.)

*Caven v. Certified Mgt., Inc.,* No. 16-1-17787 JHA (Cir. Ct. 1st Cir. Haw.)

*Bird v. State of Hawaiʻi,* 935 F.3d 738 (9th Cir. 2019) (per curiam)

*Gregg v. Hawaiʻi Dep't of Pub. Safety*, 870 F.3d 883 (9th Cir. 2017)

*Johnson v. Inos*, 619 F. App'x 651 (9th Cir. 2015)

*Arciero v. City & Cty. of Honolulu,* 126 Hawaiʻi 122, 267 P.3d 706 (App. Ct. 2011) (table)

*Fratinardo v. Employees' Retirement Sys. of the State of Hawaiʻi*, 121 Hawaiʻi 462. 220 P.3d 1-43 (App. Ct. 2009)

*Flores v. Rawlings Co., LLC*, 117 Hawaiʻi 153, 1777 P.3d 341, opinion amended on reconsideration, 119 Hawaiʻi 287, 196 P.2d 289 (2008)

*Herring v. Finova Hawaiian Holdings, LLC*, No. 05-1-0167-01 (BIA) (Cir. Ct. 1st Cir. Haw.)

**Memberships**

- National Governing Board, Common Cause; Board of Directors, American Judicature Society; member, University of Hawaii Task Force of Policies & Procedures Governing University Affiliated Organizations; chair-State of Hawaii Tobacco Prevention and Control Advisory Board; board member Girl Scout Council of Hawaii; Hearing Committee member of the Disciplinary Board of the Hawaii Supreme Court

**Awards & Recognitions**

- Authored "Litigating a Class Action Suit in Hawai'i" (2001).  Guest Speaker, "Be A Change Agent", HawaiiBusiness Leadership Conference, July 21, 2015, and recognized by the Litigation Counsel of America as a Senior Fellow; 2000 Profile And Courage Award From Conference Of Western Attorneys General; 2000 Fellow of the Pacific Award from Hawaii Pacific University for Outstanding Service to the Community; 1999 Advocate of the Year - Hawaii Cancer Society; 1999 Kelley - Wyman Award for Outstanding Attorney General of the Year from the National Association of Attorneys General; 1999 Top Cop - State of Hawaii Law Enforcement Coalition of Police Officers and Security Personnel; 1998 Hawaii's Woman Lawyer of the Year; 1998 Tommy

Holmes Award for work combating sexual assault from Sex Abuse Treatment Center; AV Designation by Martindale-Hubbell.

**Speeches & Publications**

- 14TH Annual Advanced ALI-ABA Section of Taxation Course of Study Tax Exempt Charitable Organizations (Nov. 1999)

- "Disqualification of Attorneys and Judges", "Class Actions: Defendant's Perspectives, Tactics and Problems" Co-Author, Civil Practice and Litigation in Federal and State Courts, ALI-ABA, 1987.
- "The Foreign Sovereign Immunities Act of 1976 - An Overview" Co-Author. Presented to the Legal Committee of the US-USSR Trade and Economic Council, December 1986.

- "Litigating The Class Action Lawsuit In Hawaii", National Business Institute, May 22, 2001.